

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jamie Jones, Appellant

No. 06-22-00063-CV      v.

Larry Jester and Sharon Jester, Appellees

Appeal from the County Court of Fannin County, Texas (Tr. Ct. No. CV-2022-7773). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Jamie Jones, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 26, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk